JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BURNS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. HEDGPETH, Warden,<br><br>　　　　　Respondent. | NO. CV 08-6711 GHK (FMO)<br><br>**JUDGMENT** |

　　　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  　10/17　 , 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE